IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARLOS KALMAR | ) CASE NO.: 1:24-cv-00193 |
| and | ) |
| | ) JUDGE: BRIDGET MEEHAN BRENNAN |
| RAFFAELLA KALMAR | ) |
| | ) **NOTICE OF APPEARANCE** |
| Plaintiffs, | ) |
| -v- | ) |
| THE CLEVELAND INSTITUTE OF MUSIC | ) |
| and | ) |
| VIVIAN SCOTT | ) |
| and | ) |
| SCOTT HARRISON | ) |
| and | ) |
| DEAN SOUTHERN | ) |
| and | ) |
| PAUL HOGLE | ) |
| Defendants. | ) |

    Please take notice that Rebecca J. Bennett hereby enters her Notice of Appearance as Counsel for Defendants The Cleveland Institute of Music, Scott Harrison, Dean Southern, and Paul Hogle, in this matter.  Please forward all future pleadings, notices and other relevant materials pertaining to the captioned matter to the undersigned at the address set forth below.

Respectfully submitted,

*/s/ Rebecca J. Bennett*
Monica L. Lacks (0078649)
Rebecca J. Bennett (0069566)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
rebecca.bennett@ogletree.com
monica.lacks@ogletree.com


Jantzen D. Mace (0099005)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Bank Building
88 East Broad Street, Suite 2025
Columbus, OH 43215
614.494.0420
614.633.1455 (FAX)
jantzen.mace@ogletree.com

*Attorneys for Defendants The Cleveland Institute of Music, Scott Harrison, Dean Southern and Paul Hogle*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 21, 2024, a copy of the foregoing *Notice of Appearance* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            */s/ Rebecca J. Bennett*
            Rebecca J. Bennett (0078649)

            *One of the Attorneys for Defendants*