UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| CARLOS KALMAR, | ) CASE NO. 1:24-CV-00193 |
| Plaintiff, | ) JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) **NOTICE OF APPEARANCE OF** |
| | ) **DEFENDANT VIVIAN SCOTT** |
| CLEVELAND INSTITUTE OF MUSIC, *et al.*, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that Kerin Lyn Kaminski and Kathleen A. Nitschke of the law firm of Perez & Morris, LLC, hereby enter their appearance as Counsel for Defendant Vivian Scott. The Clerk of Courts is requested to make the appropriate entries in the record and on the assignment and notice schedules.

Respectfully submitted,

*/s/ Kathleen A. Nitschke*
Kerin Lyn Kaminski (0013522)
Kathleen A. Nitschke (0073397)
PEREZ & MORRIS, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone:  216-621-5161
Facsimile:   216-621-2399
Email:        kkaminski@perez-morris.com
                 knitschke@perez-morris.com
***Counsel for Defendant Vivian Scott***

1

**CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Appearance has been served on this 27th day of February 2024, via the Court's electronic filing system upon the parties who have entered an appearance.

> */s/ Kathleen A. Nitschke*
> Kathleen A. Nitschke (0073397)
> ***Counsel for Defendant Vivian Scott***