UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| CARLOS KALMAR, | ) CASE NO. 1:24-CV-00193 |
| | ) |
| Plaintiff, | ) JUDGE BRIDGET MEEHAN BRENNAN |
| | ) |
| v. | ) **STIPULATED MOTION FOR** |
| | ) **EXTENSION TO RESPOND TO** |
| CLEVELAND INSTITUTE OF MUSIC, | ) **AMENDED COMPLAINT** |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

Now comes Defendant Vivian Scott, by and through undersigned counsel, and respectfully moves this Court, pursuant to this Court's Standing Order, Section V.C., for an additional twenty-one (21) days, up to and including March 21, 2024 to answer, move or otherwise respond to the Amended Complaint of Plaintiff Carlos Kalmar ("Plaintiff"). Plaintiff's counsel has stipulated and agrees to the extension of time.

Respectfully submitted,

*/s/ Kathleen A. Nitschke*
Kerin Lyn Kaminski (0013522)
Kathleen A. Nitschke (0073397)
PEREZ & MORRIS, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone:   216-621-5161
Facsimile:    216-621-2399
Email:          kkaminski@perez-morris.com
                    knitschke@perez-morris.com
***Counsel for Defendant Vivian Scott***

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulated Motion for Leave to Plead* has been served on this 27th day of February 2024, via the Court's electronic filing system upon the parties who have entered an appearance.

                                           */s/ Kathleen A. Nitschke*
                                           Kathleen A. Nitschke (0073397)
                                           ***Counsel for Defendant Vivian Scott***