IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARLOS KALMAR, et al., ) | CASE NO.: 1:24-cv-00193 |
| ) | |
| Plaintiffs, ) | JUDGE: BRIDGET MEEHAN BRENNAN |
| ) | |
| -v- ) | **PROPOSED ORDER GRANTING** |
| ) | **MOTION FOR ORDER TO FILE AN** |
| THE CLEVELAND INSTITUTE OF ) | **EXHIBIT TO PARTIAL MOTION TO** |
| MUSIC, et al., ) | **DISMISS UNDER SEAL** |
| ) | |
| Defendants. ) | |
| ) | |

FOR GOOD CAUSE SHOWN, the Motion of Defendants The Cleveland Institute of Music, Scott Harrison, Dean Southern, and Paul Hogle for Order to File an Exhibit to Their Partial Motion to Dismiss Under Seal Is hereby GRANTED.

IT IS SO ORDERED.

_____
JUDGE BRIDGET MEEHAN BRENNAN


_____
Date

61016644.v1-OGLETREE