IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS KALMAR, et al., | ) | CASE NO.: 1:24-cv-00193 |
| Plaintiffs, | ) ) ) | JUDGE: DAN AARON POLSTER |
| -v- | ) ) | **ORDER GRANTING MOTION FOR ORDER TO FILE AN EXHIBIT TO** |
| THE CLEVELAND INSTITUTE OF MUSIC, et al., | ) ) ) | **PARTIAL MOTION TO DISMISS UNDER SEAL** |
| Defendants. | ) ) ) | |

FOR GOOD CAUSE SHOWN, the Motion of Defendants The Cleveland Institute of Music, Scott Harrison, Dean Southern, and Paul Hogle for Order to File an Exhibit to Their Partial Motion to Dismiss Under Seal Is hereby GRANTED.

IT IS SO ORDERED.

_____
JUDGE DAN AARON POLSTER

3/7/2024
_____
Date

61016644.v1-OGLETREE