# BakerHostetler

**CONFIDENTIAL**

| | |
|---|---|
| **TO:** | Dean Southern<br>Acting Title IX Coordinator |
| **FROM:** | Carole S. Rendon<br>Sarah E. Spring |
| **DATE:** | August 3, 2023 |
| **SUBJECT:** | Investigative Findings |

Exhibit 1

Exhibit A

Exhibit B

Exhibit C

Exhibit D

Exhibit E

Exhibit F

Exhibit G