**From:** Scott Harrison <Scott.Harrison@cim.edu>
**Sent:** Friday, May 5, 2023 8:59:09 AM
**To:** Scott Harrison <Scott.Harrison@cim.edu>
**Subject:** Update regarding Title IX investigation

Dear CIM Community,

As you likely are aware, CIM has initiated an investigation into allegations of potential misconduct by Carlos Kalmar. CIM has retained Carole Rendon and Sarah Spring of BakerHostetler to conduct an independent, objective, fair, and thorough investigation of the matter. For those who would like to confidentially speak to the investigators, their contact information is as follows:

Carole Rendon: crendon@bakerlaw.com, 216-861-7420

Sarah Spring: sspring@bakerlaw.com, 216-861-6167

Carole Rendon is the former U.S. Attorney for the Northern District of Ohio. In the private practice of law, she has had extensive experience conducting Title IX and internal investigations for a wide variety of higher education and other institutions. You can read more about her at www.bakerlaw.com/CaroleSRendon.

Sincerely,

**SCOTT HARRISON**
Executive Vice President & Provost
Cleveland Institute of Music
he/him
T 216-795-3196 | M 516-849-7508
scott.harrison@cim.edu | www.cim.edu
Executive Assistant: Samantha McClain | samantha.mcclain@cim.edu | 216-795-3108

Exhibit 2